UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below are **not** related to the case assigned to me, and such case(s) shall **not** be reassigned to me.

| | |
|---|---|
| **C 09-02748 EMC** | **Zynga Game Network, Inc. V. Playdom, Inc.** |
| **C 10-03758 PVT** | **Digital Chocolate, Inc v. Zynga Game Network, Inc.** |

      I find that the above case is not related to the case assigned to me.  **EMC**

Dated: 10/18/10

                                            Magistrate Judge Edward M. Chen

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: 10/18/10                              By: _____
                                                  **Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators