**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DIGITAL CHOCOLATE, INC.,
     a Delaware corporation,

11                                              No. C 10-03758 WHA

                  Plaintiff,
12

13        v.
                                                **CORRECTIVE NOTICE RE
14   ZYNGA GAME NETWORK, INC.,                  CASE MANAGEMENT ORDER**
     a Delaware corporation,

15
                  Defendant.
16   ─────────────────────────────────/

17          The case management order in this action included a goofed-up "subject-to" clause

18   at the outset of the paragraph dealing with experts.  Please ignore the "subject-to" clause.

19   The paragraph should simply begin, "The last date for designation . . . . "

20

21

22

23   Dated:  January 5, 2011.                   _____
                                                 WILLIAM ALSUP
24                                               UNITED STATES DISTRICT JUDGE

25

26

27

28